AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>JASON SMITH<br><br>_Defendant_ | ) <br> ) <br> )   Case No.   13-CR-340 (S-2) (ERK) <br> ) <br> ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   JASON SMITH                                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspracy to commit postal money order fraud, in violation of 18 U.S.C. Section 371 and 3551 et seq.; and passing and attempted passing of forged postal money orders, in violation of 18 U.S.C. Sections 500, 2 and 3551 et seq.

Date: 11/01/2013

s/Lois Bloom
_Issuing officer's signature_

Lois Bloom USMJ
_Printed name and title_

City and state:   Brooklyn, New York

### Return

This warrant was received on _(date)_ 11/1/2013 , and the person was arrested on _(date)_ 11/21/13
at _(city and state)_ Brooklyn, NY .

Date: 11/21/13

_Arresting officer's signature_   5575

Zajo Hoti  Postal Inspector
_Printed name and title_