*Law Offices*
**DAVID SEGAL**

MEMBER LOUISIANA BAR

*7 Dey Street, Suite 1401*
*New York, New York 10007*

(212) 406-9200

April 9, 2014

ECF
Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         RE:  US v. Jason Smith
            13-Cr-340 (ERK)

Dear Judge Korman:

   I represent the defendant Jason Smith, who is scheduled for a conference on April 10, 2014.

   I am writing this letter to respectfully request an adjournment of the conference to May 13, 2014, or any other date convenient to the Court because the parties have been engaged in continuing plea negotiations. Two (2) prior requests were made for an adjournment for the same reason and each was granted.

   Further, I respectfully request a waiver of the 72 hours notice.

   AUSA Julia Nestor has no objection to this adjournment.

   The defendant consents to the exclusion of time under the Speedy Trial Act.

   Thank you.

                   Very truly yours,

                   DAVID SEGAL

DS/dw
CC:  Julia Nestor
     Assistant U.S. Attorney